Anthony J. Mavronicolas
Mavronicolas PC
415 Madison Avenue, 18th Floor
New York, New York 10017
Telephone: (212) 2536040
Facsimile: (212) 2026263
amavronicolas@ajm-law.com
Attorneys for Albtelecom Sh.A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____

ALBTELECOM SH.A,                                    Civil No. 16-9001

                Petitioner,

      V.                                    **NOTICE OF PETITION TO
                                                    CONFIRM FOREIGN
                                                    ARBITRATION AWARD AND
                                                    ENTER JUDGMENT**

UNIFI COMMUNICATIONS, INC,

                Respondent.

_____

**TO UNIFI COMMUNICATIONS, INC:**

      PLEASE TAKE NOTICE that, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention") and 9 U.S.C. §§ 201 *et seq*., Petitioner Albtelecom SH.A. ("Albtelecom"), has filed in the above-captioned action a Petition To Confirm Foreign Arbitration Award and Enter Judgment ("Petition"). By its Petition, Albtelecom seeks:

1       An Order confirming the September 2, 2015 final Consent Award issued by the ICC International Court of Arbitration.

2.      An Order entering Judgment against the Respondent UNIFI in the amount of $1,805,693.21.

3.      Interest of 2.5% per annum from December 15, 2015 on $1,805,693.21.

4.      Additional interest to be accrued as of the entry of Judgment until such time as it is paid.

5.      The cost of these proceedings and reasonable attorney's fees incurred by Petitioner Albtelecom in these proceedings.

6.      Any and all such other just and equitable remedies which the Court deems appropriate.

Albtelecom's Petition is based on (i) this Notice, (ii) the Petition, (iii) the Declaration of Christopher Bollen and exhibits thereto, and (iv) arguments on Albtelecom's behalf at oral argument, if any.

Dated:  November 18, 2016

                            MAVRONICOLAS PC

                By:    /s/ Anthony J. Mavronicolas
                      Anthony J. Mavronicolas
                      Counsel for Petitioner Albtelecom SH.A.
                      415 Madison Avenue, 18th Floor
                      New York, New York 10017
                      (212) 2536040 Phone
                      (212) 2026263
                      amavronicolas@ajm-law.com