# Exhibit 3

# Byrne-Sutton Bollen Kern

Mr Joseph P. Goldberg
Partner
Hodgson Russ LLP
1540 Broadway, 14th Floor
New York, NY 10036
U.S.A.

By registered mail, email and fax
(+1 646.943.7070) - 1 page

Christopher Bollen
Attorney-at-Law

Geneva, 13 October 2016
CB/ab

**Case No. 18796/GZ/MHM**
**ALBTELECOM SH.A / UNIFI COMMUNICATIONS, INC**

Dear Colleague,

I refer to the Award by Consent of 2 September 2015 ("the Award") in the above referenced case.

As you know, according to the dispositive part of the Award, UNIFI COMMUNICATIONS, INC ("UNIFI") was required to pay monthly instalments of EUR 28,000 each in accordance with the schedule on pages 38ff of the Award. Unfortunately, after having paid the November instalment at the end of December 2015, UNIFI COMMUNICATIONS, INC failed to make any further payments.

Consequently, ALBTELECOM SH.A hereby puts UNIFI on notice to pay the instalments for the months of December 2015 to September 2016 (i.e. instalments No. 4 to 13 as per the schedule of the Award) each in the amount of EUR 28,000 within 15 business days from the date of receipt of the present notice.

Should UNIFI fail to pay any of the aforementioned instalments within the 15-day notice period, ALBTELECOM SH.A claims the amount of EUR 2.1 million plus interests minus any payments made to date, without further notice pursuant to Section 12, page 41 § 118 (ii) of the Award.

Yours sincerely,

Christopher Bollen

3, rue de l'Hôtel-de-Ville  1204 Geneva  Switzerland  T: +41 22 318 56 36  F: +41 22 318 56 30  www.advise.ch