Anthony J. Mavronicolas
Mavronicolas PC
415 Madison Avenue, 18th Floor
New York, New York 10017
Telephone: (212) 2536040
Facsimile: (212) 2026263
amavronicolas@ajm-law.com
Attorneys for Albtelecom Sh. A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

ALBTELECOM SH.A,                              Civil No. 16-9001

                Petitioner,

    V.                                       **RULE 7.1 STATEMENT**

UNIFI COMMUNICATIONS, INC,

                Respondent.
_____

      Pursuant to Federal Rules of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for petitioner ALBTELECOM SH.A, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:   NONE

New York, New York
November 18, 2016

                Respectfully Submitted,

                /s/ Anthony J. Mavronicolas
                Anthony J. Mavronicolas
                Counsel for Albtelecom SH. A.
                415 Madison Avenue, 18th Floor
                New York, New York 10017
                (212) 2536040 Phone
                (212) 2026263
                amavronicolas@ajm-law.com