UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBTELECOM SH.A, <br><br> Petitioner, <br> -v- <br><br> UNIFI COMMUNICATIONS, INC., <br><br> Respondent. | 16 Civ. 9001 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the petition of Albtelecom SH.A ("Albtelecom") to confirm an arbitral award arising from arbitration before the ICC International Court of Arbitration in Geneva, Switzerland. Dkt. 71. Respondent UNIIFI Communications, Inc. is directed to file any response to that motion by December 18, 2020. Albtelecom's reply in support of its motion, if any, is due by January 4, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 20, 2020
New York, New York