UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBTELECOM SH.A,

                              Petitioner,                    16 Civ. 9001 (PAE)

                -v-

UNIFI COMMUNICATIONS, INC.,                    <u>ORDER</u>

                              Respondent.

---

PAUL A. ENGELMAYER, District Judge:

The Court has received petitioner's proposed judgment, which converts the amount of the arbitral award confirmed by this Court into U.S. dollars. *See* Dkt. 82 at 9 & n.3. Respondent has not objected to this calculation or proposal. *See* Dkt. 83 at 1.

Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Albtelecom SH.A and against UNIFI Communications, Inc. in the amount $1,178,639, plus post-judgment interest from the date of this order at the statutory rate, *see* 28 U.S.C. § 1961(a), and to close this case.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: April 2, 2021
       New York, New York