**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALBTELECOM SH.A,

                  Petitioner,

    -against-                                    16 **CIVIL** 9001 (PAE)

                                                      **JUDGMENT**

UNIFI COMMUNICATIONS, INC.,

                  Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 2, 2021, the Court has received petitioner's proposed judgment, which converted the amount of the arbitral award confirmed by this Court into U.S. dollars. Respondent has not objected to this calculation or proposal. Judgment is entered in favor of Albtelecom SH.A and against UNIFI Communications, Inc. in the amount $1,178,639, plus post-judgment interest from the date of this order at the statutory rate, see 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated:**  New York, New York

      April 2, 2021

                                                                         **RUBY J. KRAJICK**

                                                                         **Clerk of Court**
                                         **BY:**      *K. Mango*
                                                                         **Deputy Clerk**